UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>BEVERLY LUCATELLI, et al.,<br><br>   Defendants. | Case No. 18-cv-07554-VKD<br><br>**ORDER REQUIRING DEFENDANTS TO SERVE RULE 26(A) INITIAL DISCLOSURES**<br><br>Re: Dkt. No. 23 |

  Plaintiff Scott Johnson moves for an order requiring defendants Beverly Lucatelli and Ronald Lucatelli to serve the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, or for an order precluding defendants from relying on any evidence that they were required to disclose but have not. Dkt. No. 23. The Lucatellis' have not responded to Mr. Johnson's motion.

  The Lucatellis' initial disclosures were due to be served no later than seven days before the joint site inspection. *See* General Order 56 ¶ 2. Mr. Johnson asserts that the site inspection was conducted on May 1, 2019, but the Lucatellis have not served their initial disclosures despite Mr. Johnson's repeated demands and efforts to confer. Dkt. No. 23 at 2. The Lucatellis have neither responded to nor contested these assertions.

  Accordingly, the Court orders the Lucatellis to serve on Mr. Johnson initial disclosures that comply with the requirements of Rule 26(a)(1) no later than **July 30, 2019**. Failure to comply with this order may subject the Lucatellis and/or their counsel to sanctions, which may include

monetary and evidentiary sanctions.

**IT IS SO ORDERED.**

Dated: July 24, 2019

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge