UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEVERLY LUCATELLI, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07554-VKD<br><br>**ORDER GRANTING SECOND EXTENSION RE DISMISSAL**<br><br>Re: Dkt. No. 31 |

Based on the parties' October 21, 2019 joint status report (Dkt. No. 31), the Court extends the deadline for dismissal as follows: By November 21, 2019, the parties shall file a stipulated dismissal. If a dismissal is not filed by that date, then the parties shall file a further status report by November 22, 2019, including an explanation why the necessary settlement documents have not been returned to plaintiff. Further, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on November 26, 2019, 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: October 22, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge